

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:            01-12-00993-CV

Style:                   Sheldon Lindsay and Elaine Lindsay

                         v. William Reaves and Linda Reaves

Date motion filed*:      July 25, 2013

Type of motion:          Unopposed motion for extension of time to file appellant's reply brief

Party filing motion:     Appellant

Document to be filed:    Reply brief

Is appeal accelerated?        No

If motion to extend time:

      Original due date:                        July 15, 2013

      Number of previous extensions granted:        0        Current Due date:  July 15, 2013

      Date Requested:                           August 30, 2013

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  August 30, 2013

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature:   /s/ Laura C. Higley
                ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date: July 31, 2013

November 7, 2008 Revision